IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-30627
_____

ROOSEVELT EFFERSON, Individually and
on behalf of Roosevelt Efferson III,
ANITA EFFERSON, Individually and on
behalf of Roosevelt Efferson III,
DIANE FARRIS, Individually and on
behalf of Ramsey Farris, JOANN
RICHMOND, Individually and on behalf
of Antonio Richmond,

                              Plaintiffs-Appellants,

          versus

SCHOOL BOARD OF CADDO PARISH, TERRY L.
TERRIL, ROSALIE EWING, MAXINE YOUNG,
AL LINDSEY, SOPHIA JONES, GLADYS K.
RHINEHART, CHARLES BURLISON,

                              Defendants-Appellees.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(94-CV-1787)
_____
January 4, 1996

Before HIGGINBOTHAM and DUHE', Circuit Judges, and SCHWARZER[*],
District Judge.

PER CURIAM:[**]

     Plaintiffs seek to bypass the administrative process provided

_____

[*]District Judge of the Northern District of California,
sitting by designation.

[**]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

by the Individuals with Disabilities Education Act, urging that the relief they seek is not available within the meaning of 20 U.S.C. Sec. 1415(b) (1) (E). The district court granted the school board's Rule 12 motion to dismiss. We affirm.

Plaintiffs sued on behalf of themselves and a class of other students. The complaint was filed under 42 U.S.C. Sec. 1983 and other federal statutes seeking money damages and other equitable relief, together with counsel fees. Some of the plaintiffs are presently enrolled in the special education program. Attorney fees are recoverable only under IDEA.

We find nothing in this record to fault the decision of the district court to dismiss the claims for failure to exhaust.

AFFIRMED.